UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :    INFORMATION

      - v. -                          :    07 CRIM. 568

ILYA KAUFMAN,                        :

                 Defendant.      :

- - - - - - - - - - - - - - - - -x

### COUNT ONE

1.  From at least in or September 2002, up through and including in or about October 2002, in the Southern District of New York and elsewhere, ILYA KAUFMAN, the defendant, unlawfully, intentionally, and knowingly did possess a controlled substance, to wit, a mixture and substance containing a detectable amount of cocaine.

    (Title 21, United States Code, Sections 812 and 844(a).)

                                        */s/ Michael J. Garcia*
                                        MICHAEL J. GARCIA
                                        United States Attorney

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ JUN 2 2 2007]